Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Kenneth Smith

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    v.<br><br>Kenneth Smith,<br><br>       Defendant. | Case No. 2:23-MJ-00675-DJA<br><br>**Motion for Leave to Appear by Remote Videoconference** |

A change of plea is set for November 20, 2024, at 10:00 AM. (ECF No. 22.) Mr. Smith respectfully requests that he be permitted to appear by remote videoconference for this hearing because he is indigent, has young children, faces transportation challenges, and lives in Lake Havasu City, Arizona (about two and a half hours away from downtown Las Vegas). Mr. Smith's presence is not legally required. *See* Fed. R. Crim. P. 43(b)(2) ("A defendant need not be present under any of the following circumstances . . . The offense is punishable by fine or by imprisonment for not more than one year, or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video teleconferencing or in the defendant's absence."). In addition, Mr. Smith files contemporaneously with this motion a written waiver of his right to appear in person.

Accordingly, Mr. Smith respectfully requests that he be permitted to appear by remote videoconference for the change of plea hearing set for November 20, 2024, at 10:00 AM.

Dated September 26, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender

IT IS ORDERED that [23] MOTION for Leave to Appear by Remote Videoconference is GRANTED.

IT IS FURTHER ORDERED that defense counsel shall contact Angela Reyes, Courtroom Deputy for the undersigned Magistrate Judge, no later than noon, on Monday, November 18, 2024, at Angela_Reyes@nvd.uscourts.gov to provide an email address for the defendant.

Dated: September 30, 2024

_____
DANIEL J. ALBREGTS,
U.S. MAGISTRATE JUDGE